IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-80470-G3-13 |
|     STEVEN LANE JENKINS | § | |
| | § | CHAPTER 13 |
| | § | |
| DEBTOR(S) | § | |

## AMENDED NOTICE OF MOTION TO MODIFY PLAN, TIME TO OBJECT AND HEARING DATED: March 1, 2011

You are hereby notified that an Amended Motion to Modify Chapter 13 Plan Pursuant to 11 U.S.C §1329 and proposed plan modification dated March 1, 2011 has been filed by the Chapter 13 Debtor(s) Steven Lane Jenkins. A true and correct copy of the proposed Modified Chapter 13 Plan Summary is included with this Notice.

You are further notified that any objection to the proposed modification shall be filed with the court and served upon the Chapter 13 Trustee, William Heitkamp 9821 Katy Freeway #590, Houston, TX 77024, upon the modification proponent (if different from the Debtor), and upon the Debtor and the attorney for Debtor, and shall be transmitted to the United States Trustee, within 21 days of the served date. If no objection is filed, the proposed modification may be approved without a hearing.

                                          Respectfully submitted,

                                          /s/ Jeffrey P. Norman
                                          Jeffrey P. Norman
                                          ATTORNEY FOR DEBTOR
                                          450 N. Texas Ave., Ste A
                                          Webster, TX 77598
                                          281/332-4800 Telephone
                                          281/332-4808  Telefax
                                          SBOT #15080700/ID #6375
                                          JPNorman@jeffreypnorman.com

**CERTIFICATE OF SERVICE**

I certify that on March 1, 2011, a true and correct copy of this amended motion to modify a confirmed plan and notice of hearing was served electronically or by regular U.S. Mail, postage prepaid on the Debtor, U.S. Trustee, Chapter 13, Trustee and all creditors as specified on the attached Service List.

/s/ Jeffrey P. Norman
GIPSON & NORMAN
Jeffrey P. Norman
ATTORNEY FOR DEBTOR

1st Investers
300 Interstate N Pkwy 8t
Atlanta, GA 30339

Amegy Bank of Texas
P.O. Box 3029
Houston, TX 77253-3029

American Express
P.O. Box 650448
Dallas, TX 75265-0448

American General Finan
12344 Gulf Fwy Ste K
Houston, TX 77034

American General Finance
PO Box 3121
Evansville, IN 47731

American Home Mtg Svci
10440 Little Patuxent Parkway
Columbia, MD 21044

Americredit
Po Box 181145
Arlington, TX 76096

Ballys
8700 West Bryn Mawr
Chicago, IL 60631

Bank Of America
Attn: Bankruptcy NC4-105-02-99
PO Box 26012
Greensboro, NC 27420

Bank Of America
Po Box 17054
Wilmington, DE 19850

Bank Of America
Attn: Bankruptcy NC4-105-03-14
PO Box 26012
Greensboro, NC 27410

Barclays Bank Delaware
Attention:  Customer Support Department
PO Box 8833
Wilmington, DE 19899

Bmw Bank Of North Amer
2735 E Parleys Way
Salt Lake City, UT 84109

Bmw Financial Services
5550 Britton Parkway
Hilliard, OH 43026

Candica LLC
C/O American Infosource
PO Box 54529
Oklahoma City, OK 73154

Cap One Na
Po Box 26625
Richmond, VA 23261

Capital One
P.O. Box 259350
Plano, TX 75025

Capital One, N.a.
C/O American Infosource
PO Box 54529
Oklahoma City, OK 73154

Carrington Mortgage Se
1610 E Saint Andrew Pl
Santa Ana, CA 92705

Chase
Po Box 15298
Wilmington, DE 19850

Chase Manhattan Bank
Po Box 2558
Houston, TX 77252

Cingular Wireless
1 West Loop S Ste 300
Houston, TX 77027

Citi Auto
2208 Highway 121 Ste 100
Bedford, TX 76021

Citi Mortgage Inc
Attention:  Bankruptcy Department
PO Box 689196
Des Moines, IA 50368

Comerica Bank
P.O. Box 641618
Detroit, MI 48264-618

Compass Bank
P.O. Box 830696
Birmingham, AL 35283-0696

CR Evergreen, LLC
Po Box 15298
Wilmington, DE 19850

Credit First
PO Box 818011
Cleveland, OH 44181

Ecast Settlement Corp
Po Box 15298
Wilmington, DE 19850

Ecast Settlement Corp.
Po Box 15298
Wilmington, DE 19850

Elan Financial Services
C/O Comerica Bank
P.O. Box 5229
Cincinnati, OH 45201

Fairlane/sst
4315 Pickett Rd
Saint Joseph, MO 64506

Fcnb/mastertrust
P.o. Box 3412
Omaha, NE 68197

First Usa Bank N A
1001 Jefferson Plaza
Wilmington, DE 19701

Ford Motor Credit Corporation
National Bankruptcy Center
PO Box 6275
Dearborn, MI 48121

Galveston County
C/O Linebarger Goggan Blair &
SampsonLLP
P.O. Box 3064
Houston, TX 77253

GEMB / Mervyns
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076

Gemb/finger Furniture
Po Box 981439
El Paso, TX 79998

Gemb/walmart
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Gipson and Norman
450 N. Texas Ave. Ste. A
Webster, TX 77598

Hsbc/rmstr
Pob 15521
Wilmington, DE 19805

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

M&I Marshall & Iisley Bank
P.O. Box 3023
Milwaukee, WI 53201-3023

Mohawk/gemb
Po Box 981439
El Paso, TX 79998

Nissan Motor Acceptanc
Po Box 660360
Dallas, TX 75266

Option One Mortgage
10440 Little Patuxent Parkway
Columbia, MD 21044

Portfolio Recovery Associates
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Portfolio Recovery Associates
Po Box 6189
Sioux Falls, SD 57117

Recovery Management
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131

Shell Oil / Citibank
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

Star Furniture Co
Po Box 219169
Houston, TX 77218

State Farm Financial S
Attn: BCC-DTB5
112 E Washington St
Bloomington, IL 61701

US Small Business Administration
PO Box 740192
Atlanta, GA 30374-0192

Usaa Savings Bank
Po Box 47504
San Antonio, TX 78265

Wells Fargo
P.O. Box 659700, MAC T7422-012
San Antonio, TX 78265-9700

Wells Fargo
P. O. Box 659700
San Antonio, Texas 78265-9700

Wfnnb/palais
Po Box 29185
Mission, KS 66201

William Heitkamp  
Chapter 13 Trustee  
9821 Katy Freeway #590  
Houston, TX 77024

Yellow Book Sales and Distribution  
P.O. Box 5126  
Timonium, Maryland 21094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-80470-G3-13 |
|    STEVEN LANE JENKINS | § | |
| | § | CHAPTER 13 |
| | § | |
| DEBTOR(S) | § | |

**AMENDED DEBTOR(S)' MOTION TO MODIFY CONFIRMED PLAN**

The Debtor(s) file this Amended Motion to Modify their confirmed plan.

    **1.**      **HISTORY OF CASE.** This case was filed on August 11, 2010. The plan was confirmed on January 10, 2011. The plan has not previously been modified.

    **2.**      **REASON FOR MODIFICATION.** <u>Amend plan to bar date proof of claims. Plan remains at 100%.</u>

    **3.**      **PLAN PAYMENTS UNDER CONFIRMED PLAN.** [1] The current plan (as modified through this date) requires payments as follows:

      a.    Months: <u>1 - 5</u>    Payment: $<u>1,000.00</u>
      b.    Months: <u>6 - 60</u>    Payment: $<u>8,641.00</u>

    **4.**      **PAYMENTS PREVIOUSLY MADE.** As of the date this motion was filed, the Debtor(s) have made payments to the chapter 13 trustee totaling $<u>11,899.00</u>. Attached as Exhibit "A" is a schedule of all amounts received by the chapter 13 trustee.

    **5.**      **FUTURE PROPOSED PLAN PAYMENTS (AS MODIFIED).** [1] The proposed modified plan requires future payments as follows:

      a.    Months: <u>7 - 60</u>    Payment: $<u>7,734.00</u>

    **6.**      **CURRENT DEFAULTS.** The Debtor(s) are currently in default on payments to the chapter 13 trustee as follows:

        Dollar amount in default:    <u>$0.00</u>
        Number of months in default:    <u>N/A</u>
        Last payment made:    <u>February 34, 2011</u>
        Amount of last payment:    <u>$6,899.00</u>

---

[1] Completion of paragraphs 3, 4 and 5 satisfies the requirements of BLR 3015(d)(3) for a side-by-side table.

    **7.**    **PROPOSED PLAN MODIFICATIONS:**

    a.    All payment defaults set forth in paragraph 6 are cured by this modification.
    b.    <u>Amend plan to bar date proof of claims. Plan remains at 100%.</u>

    **8.**    **INTERIM PAYMENTS.** Payments due under this modification will commence on the first due date after this modification is filed, whether or not the modification has yet been approved by the Court.

    **9.**    **BUDGET.** The Debtor's schedules "I" and "J" that the Debtor(s) request to be considered with this modification are attached as exhibit "B".

    **10.**    **ATTORNEYS' FEES (Check one):**

    _____ Debtor(s)' counsel shall be paid $450 as a fixed fee for this modification. This box may not be checked if the modification was proposed within 120 days of the date on which the plan was confirmed.

    _____X\_\_\_\_\_ If Debtor(s)' counsel seeks compensation, a separate application will be filed. If no application is filed, no compensation will be paid.


Dated:
<u>|s| Steven Lane Jenkins</u>           <u>March 1, 2011</u>
Signature of Debtor                Date
<u>/s/ Jeffrey P. Norman</u>            <u>March 1, 2011</u>
Jeffrey P. Norman                  Date
Attorney at Law
450 N. Texas Ave., Ste. A
Webster, TX 77598 281-332-4800   Telephone
281-332-4808   Telefax
STOB #15080700/ID #6375
JPNorman@jeffreypnorman.com