## DELINQUENT TAX STATEMENT SUMMARY



**CHERYL E. JOHNSON, TAC**

P.O. Box 1169
Galveston, TX  77553-1169
409-766-2481, 1-877-766-2284

EXHIBIT A

**Certified Owner:**
JENKINS STEVEN L & SHARON L
901 LANCASTER DR
FRIENDSWOOD, TX  77546-4784

**Legal Description:**
ABST 151 PAGE 7 LOT 8 BLK 5 REGENCY ESTATES

Account No: 6070-0005-0008-000     Appr. Dist. No.: R203071
As of Date: 03/04/2011

Legal Acres: .2680
Parcel Address: 901 LANCASTER DR
Print Date: 03/04/2011   Printed By: CHIN_L

| Year | Tax Units | Remaining Levy | IF PAID BY END OF MONTH MARCH 2011 | | IF PAID BY END OF MONTH APRIL 2011 | | IF PAID BY END OF MONTH MAY 2011 | |
|---|---|---|---|---|---|---|---|---|
| | | | Penalty Interest | Total | Penalty Interest | Total | Penalty Interest | Total |
| 2010 | 1 2 337 | $1,742.04 | $156.78 | $1,898.82 | $191.62 | $1,933.66 | $226.46 | $1,968.50 |
| **TOTAL AMOUNT DUE:** | | **$1,742.04** | $156.78 | **$1,898.82** | $191.62 | **$1,933.66** | $226.46 | **$1,968.50** |

**Tax Unit Codes:**

1    GALVESTON CO   2    ROAD & FLOOD   337   FRIENDWD CITY

*Pay your property taxes online by visiting http://www2.co.galveston.tx.us/tax_offices/*
*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*
**Exemptions: HOM**

---

PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.

Print Date: 03/04/2011                                            Appr. Dist. No.: R203071

PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:
CHERYL E. JOHNSON, TAC

P.O. Box 1169
Galveston, TX  77553-1169

*6070000500008000*

6070-0005-0008-000

JENKINS STEVEN L & SHARON L
901 LANCASTER DR
FRIENDSWOOD, TX  77546-4784

| If Paid By | Amount Due |
|---|---|
| MAR 2011 | $1,898.82 |
| APR 2011 | $1,933.66 |
| MAY 2011 | $1,968.50 |
| Amount Paid: | $ |

000000R203071 0000189882 0000193366 0000196850 0000196850 7